IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Eberle, Charles F | Case Number: 08 B 13941 |
|---|---|---|
| | Eberle, Suzanne | Judge: Hollis, Pamela S |
| | Printed: 11/11/08 | Filed: 5/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: August 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,000.32 | |
| Secured: | | 1,040.92 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,763.59 |
| Trustee Fee: | | 195.81 |
| Other Funds: | | 0.00 |
| Totals: | 3,000.32 | 3,000.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,230.00 | 1,763.59 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Financial | Secured | 4,390.31 | 254.30 |
| 4. | DaimlerChrysler Financial | Secured | 13,675.85 | 786.62 |
| 5. | Wells Fargo Home Mortgage | Secured | 13,821.04 | 0.00 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 2,375.80 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,062.67 | 0.00 |
| 10. | Nicor Gas | Unsecured | 599.23 | 0.00 |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Lowes | Unsecured | | No Claim Filed |
| 14. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| | | | $ 38,154.90 | $ 2,804.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 143.92 |
| 6.6% | 51.89 |
| | $ 195.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Eberle, Charles F<br>Eberle, Suzanne<br>Printed: 11/11/08 | Case Number:  08 B 13941<br>Judge:  Hollis, Pamela S<br>Filed:  5/30/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

